RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-19793

Re:  JESUS CARTAGENA
     24 KING PL
     BELLEVILLE, NJ  07109

Atty: RUSSELL L LOW ESQ
      LOW & LOW ESQS
      505 MAIN STREET, SUITE 304
      HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $150.00 | 4965994000 | 07/03/2018 | $150.00 | 5044258000 |
| 08/02/2018 | $150.00 | 5122578000 | 09/04/2018 | $150.00 | 5201700000 |
| 10/03/2018 | $150.00 | 5283736000 | 11/05/2018 | $150.00 | 5369636000 |
| 12/03/2018 | $150.00 | 5432232000 | 01/02/2019 | $150.00 | 5509129000 |
| 02/04/2019 | $150.00 | 5594935000 | 03/04/2019 | $150.00 | 5677599000 |
| 04/08/2019 | $150.00 | 5767490000 | 05/06/2019 | $150.00 | 5837455000 |
| 06/03/2019 | $150.00 | 5904867000 | 07/15/2019 | $150.00 | 6013755000 |
| 09/09/2019 | $150.00 | 6164397000 | 10/25/2019 | $150.00 | 6278088000 |
| 11/18/2019 | $150.00 | 6337149000 | 12/02/2019 | $150.00 | 6368817000 |
| 01/13/2020 | $150.00 | 6477212000 | | | |

**Total Receipts: $2,850.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,850.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MERCEDES BENZ FINANCIAL SERVICES | 01/13/2020 | $26.79 | 841,516 | | | |
| MIDFIRST BANK | 01/13/2020 | $44.51 | 841,535 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 136.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | MIDFIRST BANK | MORTGAGE ARRE | 761.38 | 100.00% | 44.51 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,245.18 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 11,302.20 | * | 0.00 | |
| 0005 | CAP1/BSTBY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 3,108.77 | * | 0.00 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 18-19793

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0008 | LVNV FUNDING LLC | UNSECURED | 6,444.22 | * | 0.00 | |
| 0009 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 816.60 | * | 0.00 | |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 1,682.56 | * | 0.00 | |
| 0011 | FIRST NATL BK OF PA | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0012 | FIRST NATL BANK OF OMAHA | UNSECURED | 1,368.02 | * | 0.00 | |
| 0013 | KAY JEWELERS/GENESIS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 903.77 | * | 0.00 | |
| 0015 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURED | 458.38 | 100.00% | 26.79 | |
| 0016 | PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NJCLASS | UNSECURED | 11,079.61 | * | 0.00 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 2,573.20 | * | 0.00 | |
| 0019 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,343.91 | * | 0.00 | |
| 0020 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | US DEPARTMENT OF EDUCATION | UNSECURED | 13,136.64 | * | 0.00 | |
| 0024 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $2,707.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,850.00    -    Paid to Claims: $71.30    -    Admin Costs Paid: $2,636.50    =    Funds on Hand: $142.20

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.