RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JESUS CARTAGENA                    Atty:  RUSSELL L LOW ESQ
24 KING PL                                     LOW & LOW ESQS
BELLEVILLE,  NJ  07109                         505 MAIN STREET, SUITE 304
                                               HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-19793

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $150.00 | 4965994000 | 07/03/2018 | $150.00 | 5044258000 |
| 08/02/2018 | $150.00 | 5122578000 | 09/04/2018 | $150.00 | 5201700000 |
| 10/03/2018 | $150.00 | 5283736000 | 11/05/2018 | $150.00 | 5369636000 |
| 12/03/2018 | $150.00 | 5432232000 | 01/02/2019 | $150.00 | 5509129000 |
| 02/04/2019 | $150.00 | 5594935000 | 03/04/2019 | $150.00 | 5677599000 |
| 04/08/2019 | $150.00 | 5767490000 | 05/06/2019 | $150.00 | 5837455000 |
| 06/03/2019 | $150.00 | 5904867000 | 07/15/2019 | $150.00 | 6013755000 |
| 09/09/2019 | $150.00 | 6164397000 | 10/25/2019 | $150.00 | 6278088000 |
| 11/18/2019 | $150.00 | 6337149000 | 12/02/2019 | $150.00 | 6368817000 |
| 01/13/2020 | $150.00 | 6477212000 | 02/06/2020 | $150.00 | 6541686000 |
| 03/09/2020 | $150.00 | 6623502000 | 04/06/2020 | $150.00 | 6689899000 |
| 05/07/2020 | $150.00 | 6776006000 | 06/01/2020 | $150.00 | 6828812000 |
| 07/01/2020 | $150.00 | 6905634000 | 08/03/2020 | $150.00 | 6981293000 |
| 09/08/2020 | $150.00 | 7069942000 | 11/09/2020 | $150.00 | 7223349000 |
| 12/14/2020 | $150.00 | 7303173000 | 12/16/2020 | $300.00 | 7309937000 |
| 01/08/2021 | $150.00 | 7366807000 | | | |

**Total Receipts: $4,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | 10/19/2020 | $20.45 | 857,817 | 12/21/2020 | $27.51 | 861,428 |
| ECAST SETTLEMENT CORPORATION | 12/21/2020 | $5.70 | 8,001,952 | | | |
| FIRST NATL BANK OF OMAHA | 12/21/2020 | $5.81 | 861,636 | | | |
| LVNV FUNDING LLC | 10/19/2020 | $11.66 | 858,158 | 12/21/2020 | $15.68 | 861,781 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MERCEDES BENZ FINANCIAL SERVICES | | | | | | | |
| | 01/13/2020 | $26.79 | 841,516 | | 03/16/2020 | $106.88 | 845,323 |
| | 04/20/2020 | $53.44 | 847,264 | | 05/18/2020 | $50.73 | 849,114 |
| | 06/15/2020 | $50.73 | 850,809 | | 07/20/2020 | $52.14 | 852,629 |
| | 08/17/2020 | $52.14 | 854,487 | | 09/21/2020 | $52.15 | 856,324 |
| | 10/19/2020 | $13.38 | 858,184 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 01/13/2020 | $44.51 | 841,535 | | 03/16/2020 | $177.52 | 845,341 |
| | 04/20/2020 | $88.76 | 847,279 | | 05/18/2020 | $84.27 | 849,126 |
| | 06/15/2020 | $84.27 | 850,820 | | 07/20/2020 | $86.61 | 852,643 |
| | 08/17/2020 | $86.61 | 854,499 | | 09/21/2020 | $86.60 | 856,337 |
| | 10/19/2020 | $22.23 | 858,196 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/19/2020 | $5.62 | 857,243 | | 12/21/2020 | $7.57 | 860,810 |
| NJCLASS | | | | | | | |
| | 10/19/2020 | $20.05 | 858,275 | | 12/21/2020 | $26.96 | 861,905 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/19/2020 | $5.87 | 8,001,836 | | 12/21/2020 | $7.90 | 8,001,947 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 12/21/2020 | $10.92 | 8,001,948 | | | | |
| U.S. DEPARTMENT OF EDUCATION | | | | | | | |
| | 12/21/2020 | $7.14 | 862,456 | | | | |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 10/19/2020 | $23.77 | 858,832 | | 12/21/2020 | $31.97 | 862,509 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 283.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | MIDFIRST BANK | MORTGAGE ARRE | 761.38 | 100.00% | 761.38 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,245.18 | * | 13.77 | |
| 0004 | BANK OF AMERICA | UNSECURED | 11,302.20 | * | 47.96 | |
| 0005 | CAP1/BSTBY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 3,108.77 | * | 13.19 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 6,444.22 | * | 27.34 | |
| 0009 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 816.60 | * | 0.00 | |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 1,682.56 | * | 7.14 | |
| 0011 | FIRST NATL BK OF PA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0012 | FIRST NATL BANK OF OMAHA | UNSECURED | 1,368.02 | * | 5.81 | |
| 0013 | KAY JEWELERS/GENESIS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 903.77 | * | 0.00 | |
| 0015 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURE | 458.38 | 100.00% | 458.38 | |
| 0016 | PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NJCLASS | UNSECURED | 11,079.61 | * | 47.01 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 2,573.20 | * | 10.92 | |
| 0019 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,343.91 | * | 5.70 | |
| 0020 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | US DEPARTMENT OF EDUCATION | UNSECURED | 13,136.64 | * | 55.74 | |
| 0024 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-19793**

**Total Paid: $4,237.69**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $4,800.00    -    Paid to Claims: $1,454.34    -    Admin Costs Paid: $2,783.35    =    Funds on Hand: $562.31

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.