RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JESUS CARTAGENA  Atty:  RUSSELL L LOW ESQ
24 KING PL  LOW & LOW ESQS
BELLEVILLE,  NJ  07109  505 MAIN STREET, SUITE 304
  HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-19793

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/13/2023     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $150.00 | 4965994000 | 07/03/2018 | $150.00 | 5044258000 |
| 08/02/2018 | $150.00 | 5122578000 | 09/04/2018 | $150.00 | 5201700000 |
| 10/03/2018 | $150.00 | 5283736000 | 11/05/2018 | $150.00 | 5369636000 |
| 12/03/2018 | $150.00 | 5432232000 | 01/02/2019 | $150.00 | 5509129000 |
| 02/04/2019 | $150.00 | 5594935000 | 03/04/2019 | $150.00 | 5677599000 |
| 04/08/2019 | $150.00 | 5767490000 | 05/06/2019 | $150.00 | 5837455000 |
| 06/03/2019 | $150.00 | 5904867000 | 07/15/2019 | $150.00 | 6013755000 |
| 09/09/2019 | $150.00 | 6164397000 | 10/25/2019 | $150.00 | 6278088000 |
| 11/18/2019 | $150.00 | 6337149000 | 12/02/2019 | $150.00 | 6368817000 |
| 01/13/2020 | $150.00 | 6477212000 | 02/06/2020 | $150.00 | 6541686000 |
| 03/09/2020 | $150.00 | 6623502000 | 04/06/2020 | $150.00 | 6689899000 |
| 05/07/2020 | $150.00 | 6776006000 | 06/01/2020 | $150.00 | 6828812000 |
| 07/01/2020 | $150.00 | 6905634000 | 08/03/2020 | $150.00 | 6981293000 |
| 09/08/2020 | $150.00 | 7069942000 | 11/09/2020 | $150.00 | 7223349000 |
| 12/14/2020 | $150.00 | 7303173000 | 12/16/2020 | $300.00 | 7309937000 |
| 01/08/2021 | $150.00 | 7366807000 | 02/09/2021 | $150.00 | 7442976000 |
| 03/16/2021 | $150.00 | 7527214000 | 04/06/2021 | $150.00 | 7580919000 |
| 05/03/2021 | $150.00 | 7638286000 | 06/07/2021 | $150.00 | 7723739000 |
| 06/29/2021 | $150.00 | 7772250000 | 08/09/2021 | $150.00 | 7868493000 |
| 09/07/2021 | $150.00 | 7928172000 | 10/18/2021 | $150.00 | 8020318000 |
| 11/01/2021 | $150.00 | 8047453000 | 12/13/2021 | $150.00 | 8141523000 |
| 01/12/2022 | $150.00 | 8205771000 | 02/10/2022 | $150.00 | 8269356000 |
| 03/09/2022 | $150.00 | 8330296000 | 04/15/2022 | $150.00 | 8405183000 |
| 05/16/2022 | $150.00 | 8467699000 | 05/31/2022 | $150.00 | 8492315000 |
| 07/11/2022 | $150.00 | 8579232000 | 07/25/2022 | $150.00 | 8605570000 |
| 09/07/2022 | $150.00 | 8694892000 | 10/12/2022 | $150.00 | 8763313000 |
| 11/14/2022 | $150.00 | 882531000 | 12/13/2022 | $150.00 | 8880344000 |
| 01/09/2023 | $150.00 | 8927036000 | | | |

**Chapter 13 Case # 18-19793**

| Total Receipts: $8,400.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $8,400.00 |
|---|

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 10/19/2020 | $20.45 | 857,817 | 12/21/2020 | $27.51 | 861,428 |
| | 02/22/2021 | $10.90 | 864,890 | 03/15/2021 | $27.50 | 866,760 |
| | 04/19/2021 | $27.52 | 868,422 | 05/17/2021 | $27.50 | 870,330 |
| | 06/21/2021 | $27.96 | 872,131 | 10/18/2021 | $32.53 | 879,122 |
| | 12/13/2021 | $56.51 | 882,469 | 02/14/2022 | $56.50 | 885,809 |
| | 03/14/2022 | $28.26 | 887,520 | 04/18/2022 | $28.70 | 889,221 |
| | 05/16/2022 | $28.70 | 890,932 | 06/20/2022 | $28.70 | 892,618 |
| | 07/18/2022 | $28.70 | 894,348 | 08/15/2022 | $28.69 | 895,916 |
| | 09/19/2022 | $28.68 | 897,514 | 10/17/2022 | $28.73 | 899,189 |
| | 11/14/2022 | $28.07 | 900,765 | 01/09/2023 | $28.11 | 903,807 |
| CAPITAL ONE NA | | | | | | |
| | 03/15/2021 | $6.91 | 8,002,125 | 06/21/2021 | $6.64 | 8,002,280 |
| | 12/13/2021 | $7.11 | 8,002,583 | 03/14/2022 | $6.78 | 8,002,739 |
| | 06/20/2022 | $6.88 | 8,002,898 | 09/19/2022 | $6.89 | 8,003,046 |
| | 01/09/2023 | $6.79 | 8,003,255 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 03/15/2021 | $6.24 | 866,879 | 06/21/2021 | $6.00 | 872,283 |
| | 12/13/2021 | $6.42 | 882,612 | 03/14/2022 | $6.13 | 887,664 |
| | 06/20/2022 | $6.22 | 892,767 | 09/19/2022 | $6.22 | 897,662 |
| | 01/09/2023 | $6.14 | 903,934 | | | |
| ECAST SETTLEMENT CORPORATION | | | | | | |
| | 12/21/2020 | $5.70 | 8,001,952 | 04/19/2021 | $7.84 | 8,002,176 |
| | 06/21/2021 | $6.59 | 8,002,276 | 12/13/2021 | $10.59 | 8,002,580 |
| | 02/14/2022 | $6.72 | 8,002,682 | 04/18/2022 | $6.77 | 8,002,788 |
| | 06/20/2022 | $6.83 | 8,002,896 | 08/15/2022 | $6.83 | 8,002,996 |
| | 10/17/2022 | $6.82 | 8,003,099 | 01/09/2023 | $6.68 | 8,003,267 |
| FIRST NATL BANK OF OMAHA | | | | | | |
| | 12/21/2020 | $5.81 | 861,636 | 04/19/2021 | $7.98 | 868,654 |
| | 06/21/2021 | $6.70 | 872,351 | 12/13/2021 | $10.78 | 882,677 |
| | 02/14/2022 | $6.84 | 886,027 | 04/18/2022 | $6.89 | 889,456 |
| | 06/20/2022 | $6.95 | 892,848 | 08/15/2022 | $6.95 | 896,125 |
| | 10/17/2022 | $6.95 | 899,389 | 01/09/2023 | $6.80 | 904,001 |
| LVNV FUNDING LLC | | | | | | |
| | 10/19/2020 | $11.66 | 858,158 | 12/21/2020 | $15.68 | 861,781 |
| | 02/22/2021 | $6.23 | 865,282 | 03/15/2021 | $15.68 | 867,079 |
| | 04/19/2021 | $15.69 | 868,810 | 04/19/2021 | ($15.69) | 868,810 |
| | 04/19/2021 | $15.69 | 869,686 | 05/17/2021 | $15.68 | 870,698 |
| | 06/21/2021 | $15.94 | 872,502 | 10/18/2021 | $18.55 | 879,469 |
| | 12/13/2021 | $32.22 | 882,807 | 02/14/2022 | $32.22 | 886,162 |
| | 03/14/2022 | $16.11 | 887,861 | 04/18/2022 | $16.36 | 889,598 |
| | 05/16/2022 | $16.36 | 891,284 | 06/20/2022 | $16.36 | 892,985 |
| | 07/18/2022 | $16.36 | 894,664 | 08/15/2022 | $16.36 | 896,252 |
| | 09/19/2022 | $16.35 | 897,863 | 10/17/2022 | $16.39 | 899,514 |
| | 11/14/2022 | $16.00 | 901,082 | 01/09/2023 | $16.03 | 904,128 |
| MERCEDES BENZ FINANCIAL SERVICES | | | | | | |
| | 01/13/2020 | $26.79 | 841,516 | 03/16/2020 | $106.88 | 845,323 |
| | 04/20/2020 | $53.44 | 847,264 | 05/18/2020 | $50.73 | 849,114 |
| | 06/15/2020 | $50.73 | 850,809 | 07/20/2020 | $52.14 | 852,629 |
| | 08/17/2020 | $52.14 | 854,487 | 09/21/2020 | $52.15 | 856,324 |
| | 10/19/2020 | $13.38 | 858,184 | | | |

**Chapter 13 Case # 18-19793**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 01/13/2020 | $44.51 | 841,535 | | 03/16/2020 | $177.52 | 845,341 |
| | 04/20/2020 | $88.76 | 847,279 | | 05/18/2020 | $84.27 | 849,126 |
| | 06/15/2020 | $84.27 | 850,820 | | 07/20/2020 | $86.61 | 852,643 |
| | 08/17/2020 | $86.61 | 854,499 | | 09/21/2020 | $86.60 | 856,337 |
| | 10/19/2020 | $22.23 | 858,196 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/19/2020 | $5.62 | 857,243 | | 12/21/2020 | $7.57 | 860,810 |
| | 03/15/2021 | $10.57 | 866,230 | | 04/19/2021 | $7.56 | 867,782 |
| | 05/17/2021 | $7.58 | 869,746 | | 06/21/2021 | $7.69 | 871,504 |
| | 10/18/2021 | $8.93 | 878,578 | | 12/13/2021 | $15.54 | 881,947 |
| | 02/14/2022 | $15.54 | 885,254 | | 03/14/2022 | $7.77 | 886,995 |
| | 04/18/2022 | $7.89 | 888,649 | | 05/16/2022 | $7.91 | 890,424 |
| | 06/20/2022 | $7.89 | 892,074 | | 07/18/2022 | $7.89 | 893,843 |
| | 08/15/2022 | $7.91 | 895,422 | | 09/19/2022 | $7.89 | 896,987 |
| | 10/17/2022 | $7.88 | 898,690 | | 11/14/2022 | $7.75 | 900,267 |
| | 01/09/2023 | $7.73 | 903,348 | | | | |
| NJCLASS | | | | | | | |
| | 10/19/2020 | $20.05 | 858,275 | | 12/21/2020 | $26.96 | 861,905 |
| | 02/22/2021 | $10.70 | 865,413 | | 03/15/2021 | $26.96 | 867,177 |
| | 04/19/2021 | $26.97 | 868,942 | | 05/17/2021 | $26.95 | 870,806 |
| | 06/21/2021 | $27.41 | 872,625 | | 10/18/2021 | $31.90 | 879,591 |
| | 12/13/2021 | $55.40 | 882,919 | | 02/14/2022 | $55.39 | 886,288 |
| | 03/14/2022 | $27.70 | 887,984 | | 04/18/2022 | $28.13 | 889,719 |
| | 05/16/2022 | $28.13 | 891,399 | | 06/20/2022 | $28.13 | 893,113 |
| | 07/18/2022 | $28.13 | 894,777 | | 08/15/2022 | $28.13 | 896,362 |
| | 09/19/2022 | $28.11 | 897,986 | | 10/17/2022 | $28.18 | 899,628 |
| | 11/14/2022 | $27.52 | 901,192 | | 01/09/2023 | $27.55 | 904,238 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/19/2020 | $5.87 | 8,001,836 | | 12/21/2020 | $7.90 | 8,001,947 |
| | 03/15/2021 | $11.04 | 8,002,123 | | 04/19/2021 | $7.87 | 8,002,171 |
| | 05/17/2021 | $7.92 | 8,002,234 | | 06/21/2021 | $8.03 | 8,002,277 |
| | 10/18/2021 | $9.33 | 8,002,481 | | 12/13/2021 | $16.23 | 8,002,581 |
| | 02/14/2022 | $16.22 | 8,002,683 | | 03/14/2022 | $8.11 | 8,002,741 |
| | 04/18/2022 | $8.24 | 8,002,785 | | 05/16/2022 | $8.24 | 8,002,843 |
| | 06/20/2022 | $8.24 | 8,002,892 | | 07/18/2022 | $8.24 | 8,002,950 |
| | 08/15/2022 | $8.24 | 8,002,997 | | 09/19/2022 | $8.25 | 8,003,048 |
| | 10/17/2022 | $8.23 | 8,003,103 | | 11/14/2022 | $8.08 | 8,003,148 |
| | 01/09/2023 | $8.07 | 8,003,257 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 12/21/2020 | $10.92 | 8,001,948 | | 03/15/2021 | $8.75 | 8,002,122 |
| | 04/19/2021 | $6.25 | 8,002,172 | | 05/17/2021 | $6.28 | 8,002,226 |
| | 06/21/2021 | $6.37 | 8,002,274 | | 10/18/2021 | $7.39 | 8,002,478 |
| | 12/13/2021 | $12.87 | 8,002,578 | | 02/14/2022 | $12.86 | 8,002,680 |
| | 03/14/2022 | $6.43 | 8,002,734 | | 04/18/2022 | $6.53 | 8,002,787 |
| | 05/16/2022 | $6.53 | 8,002,840 | | 06/20/2022 | $6.54 | 8,002,894 |
| | 07/18/2022 | $6.53 | 8,002,945 | | 08/15/2022 | $6.55 | 8,002,995 |
| | 09/19/2022 | $6.53 | 8,003,042 | | 10/17/2022 | $6.53 | 8,003,097 |
| | 11/14/2022 | $6.40 | 8,003,146 | | 01/09/2023 | $6.40 | 8,003,253 |
| U.S. DEPARTMENT OF EDUCATION | | | | | | | |
| | 12/21/2020 | $7.14 | 862,456 | | 03/15/2021 | $5.72 | 867,575 |
| | 05/17/2021 | $8.19 | 871,267 | | 10/18/2021 | $9.00 | 880,073 |
| | 12/13/2021 | $8.41 | 883,390 | | 02/14/2022 | $8.41 | 886,767 |
| | 04/18/2022 | $8.48 | 890,210 | | 06/20/2022 | $8.55 | 893,601 |
| | 08/15/2022 | $8.55 | 896,772 | | 10/17/2022 | $8.54 | 900,061 |
| | 01/09/2023 | $8.36 | 904,657 | | | | |

**Chapter 13 Case # 18-19793**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 10/19/2020 | $23.77 | 858,832 | 12/21/2020 | $31.97 | 862,509 |
| | 02/22/2021 | $12.68 | 866,040 | 03/15/2021 | $31.96 | 867,618 |
| | 04/19/2021 | $32.00 | 869,529 | 05/17/2021 | $31.96 | 871,324 |
| | 06/21/2021 | $32.50 | 873,181 | 09/20/2021 | $5.30 | 878,391 |
| | 10/18/2021 | $32.47 | 880,125 | 12/13/2021 | $65.68 | 883,434 |
| | 02/14/2022 | $65.68 | 886,816 | 03/14/2022 | $32.84 | 888,485 |
| | 04/18/2022 | $33.36 | 890,264 | 05/16/2022 | $33.36 | 891,891 |
| | 06/20/2022 | $33.35 | 893,651 | 07/18/2022 | $33.36 | 895,273 |
| | 08/15/2022 | $33.35 | 896,817 | 09/19/2022 | $33.40 | 898,504 |
| | 10/17/2022 | $33.31 | 900,104 | 11/14/2022 | $32.72 | 901,678 |
| | 01/09/2023 | $32.67 | 904,696 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 469.34 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,400.00 | 100.00% | 3,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | MIDFIRST BANK | MORTGAGE ARRE | 761.38 | 100.00% | 761.38 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,245.18 | * | 172.35 | |
| 0004 | BANK OF AMERICA | UNSECURED | 11,302.20 | * | 600.22 | |
| 0005 | CAP1/BSTBY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 3,108.77 | * | 165.11 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 6,444.22 | * | 342.23 | |
| 0009 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 816.60 | * | 43.37 | |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 1,682.56 | * | 89.35 | |
| 0011 | FIRST NATL BK OF PA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0012 | FIRST NATL BANK OF OMAHA | UNSECURED | 1,368.02 | * | 72.65 | |
| 0013 | KAY JEWELERS/GENESIS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 903.77 | * | 48.00 | |
| 0015 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURE | 458.38 | 100.00% | 458.38 | |
| 0016 | PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NJCLASS | UNSECURED | 11,079.61 | * | 588.40 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 2,573.20 | * | 136.66 | |
| 0019 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,343.91 | * | 71.37 | |
| 0020 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | US DEPARTMENT OF EDUCATION | UNSECURED | 13,136.64 | * | 697.69 | |
| 0024 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $8,116.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $8,400.00   -   Paid to Claims: $4,247.16   -   Admin Costs Paid: $3,869.34   =   Funds on Hand: $283.50

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.