**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JESUS CARTAGENA,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  18-19793 JKS

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | US DEPARTMENT OF EDUCATION |
| Trustee Claim #: | 21 |
| Court Claim #: | 14 |
| Claimed Amount: | $13,136.64 |
| Date Claim Filed: | 07/30/2019 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  March 01, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

JESUS CARTAGENA
24 KING PL
BELLEVILLE, NJ    07109

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

U.S. DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
PO BOX 69184
HARRISBURG, PA    17106-9184

US DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
PO BOX 790234
ST. LOUIS, MO    63179