Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 7, 2023

### Chapter 13 Case # 18-19793

Re:  JESUS CARTAGENA  
24 KING PL  
BELLEVILLE, NJ  07109

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2018 | $150.00 | 4965994000 | 07/03/2018 | $150.00 | 5044258000 |
| 08/02/2018 | $150.00 | 5122578000 | 09/04/2018 | $150.00 | 5201700000 |
| 10/03/2018 | $150.00 | 5283736000 | 11/05/2018 | $150.00 | 5369636000 |
| 12/03/2018 | $150.00 | 5432232000 | 01/02/2019 | $150.00 | 5509129000 |
| 02/04/2019 | $150.00 | 5594935000 | 03/04/2019 | $150.00 | 5677599000 |
| 04/08/2019 | $150.00 | 5767490000 | 05/06/2019 | $150.00 | 5837455000 |
| 06/03/2019 | $150.00 | 5904867000 | 07/15/2019 | $150.00 | 6013755000 |
| 09/09/2019 | $150.00 | 6164397000 | 10/25/2019 | $150.00 | 6278088000 |
| 11/18/2019 | $150.00 | 6337149000 | 12/02/2019 | $150.00 | 6368817000 |
| 01/13/2020 | $150.00 | 6477212000 | 02/06/2020 | $150.00 | 6541686000 |
| 03/09/2020 | $150.00 | 6623502000 | 04/06/2020 | $150.00 | 6689899000 |
| 05/07/2020 | $150.00 | 6776006000 | 06/01/2020 | $150.00 | 6828812000 |
| 07/01/2020 | $150.00 | 6905634000 | 08/03/2020 | $150.00 | 6981293000 |
| 09/08/2020 | $150.00 | 7069942000 | 11/09/2020 | $150.00 | 7223349000 |
| 12/14/2020 | $150.00 | 7303173000 | 12/16/2020 | $300.00 | 7309937000 |
| 01/08/2021 | $150.00 | 7366807000 | 02/09/2021 | $150.00 | 7442976000 |
| 03/16/2021 | $150.00 | 7527214000 | 04/06/2021 | $150.00 | 7580919000 |
| 05/03/2021 | $150.00 | 7638286000 | 06/07/2021 | $150.00 | 7723739000 |
| 06/29/2021 | $150.00 | 7772250000 | 08/09/2021 | $150.00 | 7868493000 |
| 09/07/2021 | $150.00 | 7928172000 | 10/18/2021 | $150.00 | 8020318000 |
| 11/01/2021 | $150.00 | 8047453000 | 12/13/2021 | $150.00 | 8141523000 |
| 01/12/2022 | $150.00 | 8205771000 | 02/10/2022 | $150.00 | 8269356000 |
| 03/09/2022 | $150.00 | 8330296000 | 04/15/2022 | $150.00 | 8405183000 |
| 05/16/2022 | $150.00 | 8467699000 | 05/31/2022 | $150.00 | 8492315000 |
| 07/11/2022 | $150.00 | 8579232000 | 07/25/2022 | $150.00 | 8605570000 |
| 09/07/2022 | $150.00 | 8694892000 | 10/12/2022 | $150.00 | 8763313000 |
| 11/14/2022 | $150.00 | 8824531000 | 12/13/2022 | $150.00 | 8880344000 |
| 01/09/2023 | $150.00 | 8927036000 | 02/06/2023 | $150.00 | 8980361000 |
| 03/08/2023 | $150.00 | 9043366000 | 04/17/2023 | $150.00 | 9113249000 |

**Chapter 13 Case # 18-19793**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/15/2023 | $150.00 | 9165861000 | | | |

**Total Receipts: $9,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $9,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 503.84 | |
| ATTY | ATTORNEY | ADMIN | 3,400.00 | 100.00% | 3,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | MIDFIRST BANK | MORTGAGE ARRE | 761.38 | 100.00% | 761.38 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,245.18 | * | 204.63 | |
| 0004 | BANK OF AMERICA | UNSECURED | 11,302.20 | * | 712.64 | |
| 0005 | CAP1/BSTBY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 3,108.77 | * | 196.03 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 6,444.22 | * | 406.33 | |
| 0009 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 816.60 | * | 49.46 | |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 1,682.56 | * | 106.09 | |
| 0011 | FIRST NATL BK OF PA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0012 | FIRST NATL BANK OF OMAHA | UNSECURED | 1,368.02 | * | 86.26 | |
| 0013 | KAY JEWELERS/GENESIS | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 903.77 | * | 54.74 | |
| 0015 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURE | 458.38 | 100.00% | 458.38 | |
| 0016 | PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NJCLASS | UNSECURED | 11,079.61 | * | 698.60 | |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 2,573.20 | * | 162.26 | |
| 0019 | ECAST SETTLEMENT CORPORATION | UNSECURED | 1,343.91 | * | 84.74 | |
| 0020 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 13,136.64 | * | 697.69 | |
| 0024 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $8,583.07**
See Summary

## LIST OF PAYMENTS TO CLAIMS  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 10/19/2020 | $20.45 | 857817 | 12/21/2020 | $27.51 | 861428 |
| | 02/22/2021 | $10.90 | 864890 | 03/15/2021 | $27.50 | 866760 |
| | 04/19/2021 | $27.52 | 868422 | 05/17/2021 | $27.50 | 870330 |
| | 06/21/2021 | $27.96 | 872131 | 10/18/2021 | $32.53 | 879122 |
| | 12/13/2021 | $56.51 | 882469 | 02/14/2022 | $56.50 | 885809 |
| | 03/14/2022 | $28.26 | 887520 | 04/18/2022 | $28.70 | 889221 |
| | 05/16/2022 | $28.70 | 890932 | 06/20/2022 | $28.70 | 892618 |
| | 07/18/2022 | $28.70 | 894348 | 08/15/2022 | $28.69 | 895916 |
| | 09/19/2022 | $28.68 | 897514 | 10/17/2022 | $28.73 | 899189 |
| | 11/14/2022 | $28.07 | 900765 | 01/09/2023 | $28.11 | 903807 |
| | 02/13/2023 | $56.21 | 905330 | 03/13/2023 | $28.11 | 906948 |
| | 04/17/2023 | $28.10 | 908529 | | | |

**Chapter 13 Case # 18-19793**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE NA | | | | | | | |
| | 03/15/2021 | $6.91 | 8002125 | | 06/21/2021 | $6.64 | 8002280 |
| | 12/13/2021 | $7.11 | 8002583 | | 03/14/2022 | $6.78 | 8002739 |
| | 06/20/2022 | $6.88 | 8002898 | | 09/19/2022 | $6.89 | 8003046 |
| | 01/09/2023 | $6.79 | 8003255 | | 03/13/2023 | $6.74 | 8003365 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 03/15/2021 | $6.24 | 866879 | | 06/21/2021 | $6.00 | 872283 |
| | 12/13/2021 | $6.42 | 882612 | | 03/14/2022 | $6.13 | 887664 |
| | 06/20/2022 | $6.22 | 892767 | | 09/19/2022 | $6.22 | 897662 |
| | 01/09/2023 | $6.14 | 903934 | | 03/13/2023 | $6.09 | 907080 |
| ECAST SETTLEMENT CORPORATION | | | | | | | |
| | 12/21/2020 | $5.70 | 8001952 | | 04/19/2021 | $7.84 | 8002176 |
| | 06/21/2021 | $6.59 | 8002276 | | 12/13/2021 | $10.59 | 8002580 |
| | 02/14/2022 | $6.72 | 8002682 | | 04/18/2022 | $6.77 | 8002788 |
| | 06/20/2022 | $6.83 | 8002896 | | 08/15/2022 | $6.83 | 8002996 |
| | 10/17/2022 | $6.82 | 8003099 | | 01/09/2023 | $6.68 | 8003267 |
| | 02/13/2023 | $6.68 | 8003318 | | 04/17/2023 | $6.69 | 8003429 |
| FIRST NATL BANK OF OMAHA | | | | | | | |
| | 12/21/2020 | $5.81 | 861636 | | 04/19/2021 | $7.98 | 868654 |
| | 06/21/2021 | $6.70 | 872351 | | 12/13/2021 | $10.78 | 882677 |
| | 02/14/2022 | $6.84 | 886027 | | 04/18/2022 | $6.89 | 889456 |
| | 06/20/2022 | $6.95 | 892848 | | 08/15/2022 | $6.95 | 896125 |
| | 10/17/2022 | $6.95 | 899389 | | 01/09/2023 | $6.80 | 904001 |
| | 02/13/2023 | $6.80 | 905538 | | 04/17/2023 | $6.81 | 908755 |
| LVNV FUNDING LLC | | | | | | | |
| | 10/19/2020 | $11.66 | 858158 | | 12/21/2020 | $15.68 | 861781 |
| | 02/22/2021 | $6.23 | 865282 | | 03/15/2021 | $15.68 | 867079 |
| | 04/19/2021 | $15.69 | 868810 | | 04/19/2021 | ($15.69) | 868810 |
| | 04/19/2021 | $15.69 | 869686 | | 05/17/2021 | $15.68 | 870698 |
| | 06/21/2021 | $15.94 | 872502 | | 10/18/2021 | $18.55 | 879469 |
| | 12/13/2021 | $32.22 | 882807 | | 02/14/2022 | $32.22 | 886162 |
| | 03/14/2022 | $16.11 | 887861 | | 04/18/2022 | $16.36 | 889598 |
| | 05/16/2022 | $16.36 | 891284 | | 06/20/2022 | $16.36 | 892985 |
| | 07/18/2022 | $16.36 | 894664 | | 08/15/2022 | $16.36 | 896252 |
| | 09/19/2022 | $16.35 | 897863 | | 10/17/2022 | $16.39 | 899514 |
| | 11/14/2022 | $16.00 | 901082 | | 01/09/2023 | $16.03 | 904128 |
| | 02/13/2023 | $32.05 | 905669 | | 03/13/2023 | $16.03 | 907272 |
| | 04/17/2023 | $16.02 | 908885 | | | | |
| MERCEDES BENZ FINANCIAL SERVICES | | | | | | | |
| | 01/13/2020 | $26.79 | 841516 | | 03/16/2020 | $106.88 | 845323 |
| | 04/20/2020 | $53.44 | 847264 | | 05/18/2020 | $50.73 | 849114 |
| | 06/15/2020 | $50.73 | 850809 | | 07/20/2020 | $52.14 | 852629 |
| | 08/17/2020 | $52.14 | 854487 | | 09/21/2020 | $52.15 | 856324 |
| | 10/19/2020 | $13.38 | 858184 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 01/13/2020 | $44.51 | 841535 | | 03/16/2020 | $177.52 | 845341 |
| | 04/20/2020 | $88.76 | 847279 | | 05/18/2020 | $84.27 | 849126 |
| | 06/15/2020 | $84.27 | 850820 | | 07/20/2020 | $86.61 | 852643 |
| | 08/17/2020 | $86.61 | 854499 | | 09/21/2020 | $86.60 | 856337 |
| | 10/19/2020 | $22.23 | 858196 | | | | |

**Chapter 13 Case # 18-19793**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/19/2020 | $5.62 | 857243 | | 12/21/2020 | $7.57 | 860810 |
| | 03/15/2021 | $10.57 | 866230 | | 04/19/2021 | $7.56 | 867782 |
| | 05/17/2021 | $7.58 | 869746 | | 06/21/2021 | $7.69 | 871504 |
| | 10/18/2021 | $8.93 | 878578 | | 12/13/2021 | $15.54 | 881947 |
| | 02/14/2022 | $15.54 | 885254 | | 03/14/2022 | $7.77 | 886995 |
| | 04/18/2022 | $7.89 | 888649 | | 05/16/2022 | $7.91 | 890424 |
| | 06/20/2022 | $7.89 | 892074 | | 07/18/2022 | $7.89 | 893843 |
| | 08/15/2022 | $7.91 | 895422 | | 09/19/2022 | $7.89 | 896987 |
| | 10/17/2022 | $7.88 | 898690 | | 11/14/2022 | $7.75 | 900267 |
| | 01/09/2023 | $7.73 | 903348 | | 02/13/2023 | $15.46 | 904848 |
| | 03/13/2023 | $7.73 | 906476 | | 04/17/2023 | $7.73 | 908029 |
| NJCLASS | | | | | | | |
| | 10/19/2020 | $20.05 | 858275 | | 12/21/2020 | $26.96 | 861905 |
| | 02/22/2021 | $10.70 | 865413 | | 03/15/2021 | $26.96 | 867177 |
| | 04/19/2021 | $26.97 | 868942 | | 05/17/2021 | $26.95 | 870806 |
| | 06/21/2021 | $27.41 | 872625 | | 10/18/2021 | $31.90 | 879591 |
| | 12/13/2021 | $55.40 | 882919 | | 02/14/2022 | $55.39 | 886288 |
| | 03/14/2022 | $27.70 | 887984 | | 04/18/2022 | $28.13 | 889719 |
| | 05/16/2022 | $28.13 | 891399 | | 06/20/2022 | $28.13 | 893113 |
| | 07/18/2022 | $28.13 | 894777 | | 08/15/2022 | $28.13 | 896362 |
| | 09/19/2022 | $28.11 | 897986 | | 10/17/2022 | $28.18 | 899628 |
| | 11/14/2022 | $27.52 | 901192 | | 01/09/2023 | $27.55 | 904238 |
| | 02/13/2023 | $55.10 | 905787 | | 03/13/2023 | $27.56 | 907390 |
| | 04/17/2023 | $27.54 | 909012 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/19/2020 | $5.87 | 8001836 | | 12/21/2020 | $7.90 | 8001947 |
| | 03/15/2021 | $11.04 | 8002123 | | 04/19/2021 | $7.87 | 8002171 |
| | 05/17/2021 | $7.92 | 8002234 | | 06/21/2021 | $8.03 | 8002277 |
| | 10/18/2021 | $9.33 | 8002481 | | 12/13/2021 | $16.23 | 8002581 |
| | 02/14/2022 | $16.22 | 8002683 | | 03/14/2022 | $8.11 | 8002741 |
| | 04/18/2022 | $8.24 | 8002785 | | 05/16/2022 | $8.24 | 8002843 |
| | 06/20/2022 | $8.24 | 8002892 | | 07/18/2022 | $8.24 | 8002950 |
| | 08/15/2022 | $8.24 | 8002997 | | 09/19/2022 | $8.25 | 8003048 |
| | 10/17/2022 | $8.23 | 8003103 | | 11/14/2022 | $8.08 | 8003148 |
| | 01/09/2023 | $8.07 | 8003257 | | 02/13/2023 | $16.14 | 8003309 |
| | 03/13/2023 | $8.07 | 8003367 | | 04/17/2023 | $8.07 | 8003414 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 12/21/2020 | $10.92 | 8001948 | | 03/15/2021 | $8.75 | 8002122 |
| | 04/19/2021 | $6.25 | 8002172 | | 05/17/2021 | $6.28 | 8002226 |
| | 06/21/2021 | $6.37 | 8002274 | | 10/18/2021 | $7.39 | 8002478 |
| | 12/13/2021 | $12.87 | 8002578 | | 02/14/2022 | $12.86 | 8002680 |
| | 03/14/2022 | $6.43 | 8002734 | | 04/18/2022 | $6.53 | 8002787 |
| | 05/16/2022 | $6.53 | 8002840 | | 06/20/2022 | $6.54 | 8002894 |
| | 07/18/2022 | $6.53 | 8002945 | | 08/15/2022 | $6.55 | 8002995 |
| | 09/19/2022 | $6.53 | 8003042 | | 10/17/2022 | $6.53 | 8003097 |
| | 11/14/2022 | $6.40 | 8003146 | | 01/09/2023 | $6.40 | 8003253 |
| | 02/13/2023 | $12.80 | 8003305 | | 03/13/2023 | $6.40 | 8003364 |
| | 04/17/2023 | $6.40 | 8003416 | | | | |
| U.S. DEPARTMENT OF EDUCATION | | | | | | | |
| | 12/21/2020 | $7.14 | 862456 | | 03/15/2021 | $5.72 | 867575 |
| | 05/17/2021 | $8.19 | 871267 | | 10/18/2021 | $9.00 | 880073 |
| | 12/13/2021 | $8.41 | 883390 | | 02/14/2022 | $8.41 | 886767 |
| | 04/18/2022 | $8.48 | 890210 | | 06/20/2022 | $8.55 | 893601 |
| | 08/15/2022 | $8.55 | 896772 | | 10/17/2022 | $8.54 | 900061 |
| | 01/09/2023 | $8.36 | 904657 | | 02/13/2023 | $8.38 | 906232 |
| | 04/17/2023 | $8.36 | 909474 | | | | |

**Chapter 13 Case # 18-19793**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 10/19/2020 | $23.77 | 858832 | | 12/21/2020 | $31.97 | 862509 |
| | 02/22/2021 | $12.68 | 866040 | | 03/15/2021 | $31.96 | 867618 |
| | 04/19/2021 | $32.00 | 869529 | | 05/17/2021 | $31.96 | 871324 |
| | 06/21/2021 | $32.50 | 873181 | | 09/20/2021 | $5.30 | 878391 |
| | 10/18/2021 | $32.47 | 880125 | | 12/13/2021 | $65.68 | 883434 |
| | 02/14/2022 | $65.68 | 886816 | | 03/14/2022 | $32.84 | 888485 |
| | 04/18/2022 | $33.36 | 890264 | | 05/16/2022 | $33.36 | 891891 |
| | 06/20/2022 | $33.35 | 893651 | | 07/18/2022 | $33.36 | 895273 |
| | 08/15/2022 | $33.35 | 896817 | | 09/19/2022 | $33.40 | 898504 |
| | 10/17/2022 | $33.31 | 900104 | | 11/14/2022 | $32.72 | 901678 |
| | 01/09/2023 | $32.67 | 904696 | | 02/13/2023 | $65.33 | 906286 |
| | 03/01/2023 | ($65.33) | 906286 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 07, 2023.

Receipts: $9,000.00    -    Paid to Claims: $4,679.23    -    Admin Costs Paid: $3,903.84    =    Funds on Hand: $416.93

Base Plan Amount: $9,000.00    -    Receipts: $9,000.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.