Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19793−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus Cartagena
   24 King Pl
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2344

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 26, 2023
JAN: dmc

                                                Jeanne Naughton
                                                Clerk

Case 18-19793-JKS    Doc 56    Filed 10/28/23    Entered 10/29/23 00:15:01    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  
Jesus Cartagena  
    Debtor

Case No. 18-19793-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: cscnodsc      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus Cartagena, 24 King Pl, Belleville, NJ 07109-1654 |
| cr | + | Cenlar FSB as servicer for AmeriHome Mortgage Comp, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517529340 | + | AMERIHOME MTG CO, LLC, 21300 VICTORY BLVD STE 2, WOODLAND HILLS, CA 91367-2525 |
| 517529345 | + | Adriana Cartagena, 24 King Place, Belleville, NJ 07109-1654 |
| 517657556 | + | Cenlar FSB as servicer for AmeriHome Mortgage Comp, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 517529350 | + | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517570086 | + | NJCLASS, NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 517529361 | + | STATE OF NJ STUDENT AS, 4 QUAKERBRIDGE PLZ, TRENTON, NJ 08619-1241 |
| 517851676 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519972971 | + | U.S. Department of Education, c/o Fedloan Servicing, PO Box 790234, St. Louis, MO 63179-0234 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 20:56:53 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517529341 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 21:07:45 | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517529342 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2023 20:51:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 517638181 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2023 20:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517529343 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 21:07:38 | CAP1/BSTBY, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517529344 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 20:56:07 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517529348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 21:07:44 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517638764 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 21:07:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517529349 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 21:07:50 | DSNB MACYS, PO BOX 8218, MASON, OH |

Case 18-19793-JKS    Doc 56    Filed 10/28/23    Entered 10/29/23 00:15:01    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: cscnodsc | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | | 45040 |
| 517611121 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 26 2023 21:07:46 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517984662 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 26 2023 20:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517529356 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Oct 26 2023 20:51:00 | FNB OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 517541438 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Oct 26 2023 20:51:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517529355 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Oct 26 2023 20:51:00 | FIRST NATL BK OF PA, 1 FNB BLVD, HERMITAGE, PA 16148-3363 |
| 517529347 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:56:06 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517529357 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Oct 26 2023 20:52:00 | KAY JEWELERS/GENESIS, 15220 NW GREENBRIER, STE, BEAVERTON, OR 97006-5744 |
| 517529358 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 26 2023 20:51:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 517649328 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 26 2023 21:07:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517539665 | Email/Text: M74banko@mercedes-benz.com | | |
| | | Oct 26 2023 20:51:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517861616 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:56:28 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517861615 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:57:02 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517640030 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 26 2023 20:52:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517653126 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 26 2023 20:56:36 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517529360 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:56:30 | PayPal credit, P.O Box 105658, Atlanta, GA 30348-5658 |
| 517612437 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 26 2023 20:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517529362 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:57:01 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517529363 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:55:54 | SYNCB/TOYSRUSDC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517531020 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 26 2023 20:56:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517529364 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 26 2023 21:07:49 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517529365 | + Email/Text: edbknotices@ecmc.org | | |
| | | Oct 26 2023 20:51:00 | U S DEPT OF ED, 2505 S FINLEY RS STE100, LOMBARD, IL 60148-4867 |
| 517822327 | Email/Text: EDBKNotices@ecmc.org | | |

| | | | |
|---|---|---|---|
| | | Oct 26 2023 20:51:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 517653476 | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 20:56:06 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517529346 | *+ | Adriana Cartagena, 24 King Place, Belleville, NJ 07109-1654 |
| 517529351 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529352 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529353 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529354 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529359 | ##+ | MERCEDES BENZ FINANCIA, 36455 CORPORATE DR, FARMINGTON HILLS, MI 48331-3552 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC cmecf@sternlav.com |
| Jordan Seth Blask | on behalf of Creditor First National Bank of Pennsylvania jblask@fbtlaw.com rmccartney@fbtlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jesus Cartagena ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8