UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

RUSSELL L. LOW, ESQ. -4745

Order Filed on November 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jesus Cartagena

| | |
|---|---|
| Case No.: | 18-19793 |
| Hearing Date: | 11/30/23 at 10:00 am |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____ the debtor, Jesus Cartagena _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.[1]

2. ☒ A Trustee shall be appointed.

   ☐ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __60__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

---

[1] The case is being reopened so that the debtor has an opportunity to file an executed certification in support of discharge.

*Rev. 5/1/2019*

2