| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jesus Cartagena<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2344<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–19793–JKS | |

# Order of Discharge                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesus Cartagena

2/7/24                                                            **By the court:** John K. Sherwood
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19793-JKS |
| Jesus Cartagena | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus Cartagena, 24 King Pl, Belleville, NJ 07109-1654 |
| cr | + | Cenlar FSB as servicer for AmeriHome Mortgage Comp, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517529340 | + | AMERIHOME MTG CO, LLC, 21300 VICTORY BLVD STE 2, WOODLAND HILLS, CA 91367-2525 |
| 517529345 | + | Adriana Cartagena, 24 King Place, Belleville, NJ 07109-1654 |
| 517657556 | + | Cenlar FSB as servicer for AmeriHome Mortgage Comp, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 517529350 | + | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529359 | + | MERCEDES BENZ FINANCIA, 36455 CORPORATE DR, FARMINGTON HILLS, MI 48331-3552 |
| 517570086 | + | NJCLASS, NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 517529361 | + | STATE OF NJ STUDENT AS, 4 QUAKERBRIDGE PLZ, TRENTON, NJ 08619-1241 |
| 517531020 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517851676 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519972971 | + | U.S. Department of Education, c/o Fedloan Servicing, PO Box 790234, St. Louis, MO 63179-0234 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517529341 | + | EDI: CITICORP | Feb 08 2024 01:37:00 | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517529342 | + | EDI: BANKAMER | Feb 08 2024 01:37:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 517539665 | | Email/Text: notices@bkservicing.com | Feb 07 2024 20:51:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517638181 | + | EDI: BANKAMER2 | Feb 08 2024 01:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517529343 | + | EDI: CAPITALONE.COM | Feb 08 2024 01:37:00 | CAP1/BSTBY, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 517529344 | | EDI: CAPITALONE.COM | Feb 08 2024 01:37:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517529348 | + | EDI: CITICORP | Feb 08 2024 01:37:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517638764 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 20:55:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-19793-JKS    Doc 63    Filed 02/09/24    Entered 02/10/24 00:18:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 517529349 | EDI: CITICORP | Feb 08 2024 01:37:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 517611121 | EDI: CITICORP | Feb 08 2024 01:37:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517984662 | EDI: Q3G.COM | Feb 08 2024 01:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517529356 | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 20:51:00 | FNB OMAHA, PO BOX 3412, OMAHA, NE 68103 |
| 517541438 | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 20:51:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517529355 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 07 2024 20:50:00 | FIRST NATL BK OF PA, 1 FNB BLVD, HERMITAGE, PA 16148-3363 |
| 517529347 | EDI: JPMORGANCHASE | Feb 08 2024 01:37:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517529357 | + EDI: PHINGENESIS | Feb 08 2024 01:37:00 | KAY JEWELERS/GENESIS, 15220 NW GREENBRIER, STE, BEAVERTON, OR 97006-5744 |
| 517529358 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2024 20:50:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 517649328 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 20:55:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517861616 | + EDI: AISMIDFIRST | Feb 08 2024 01:37:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517861615 | + EDI: AISMIDFIRST | Feb 08 2024 01:37:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517640030 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 20:51:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517653126 | EDI: PRA.COM | Feb 08 2024 01:37:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517529360 | + EDI: SYNC | Feb 08 2024 01:37:00 | PayPal credit, P.O Box 105658, Atlanta, GA 30348-5658 |
| 517612437 | EDI: Q3G.COM | Feb 08 2024 01:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517529362 | + EDI: SYNC | Feb 08 2024 01:37:00 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517529363 | + EDI: SYNC | Feb 08 2024 01:37:00 | SYNCB/TOYSRUSDC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517529364 | + EDI: CITICORP | Feb 08 2024 01:37:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 517529365 | + Email/Text: edbknotices@ecmc.org | Feb 07 2024 20:51:00 | U S DEPT OF ED, 2505 S FINLEY RS STE100, LOMBARD, IL 60148-4867 |
| 517822327 | Email/Text: EDBKNotices@ecmc.org | Feb 07 2024 20:50:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 517653476 | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 20:55:44 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517529346 | *+ | Adriana Cartagena, 24 King Place, Belleville, NJ 07109-1654 |
| 517529351 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529352 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529353 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517529354 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC cmecf@sternlav.com |
| Jordan Seth Blask | on behalf of Creditor First National Bank of Pennsylvania jblask@fbtlaw.com  rmccartney@fbtlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jesus Cartagena ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8